THOMAS KANE, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Kane* v. *Erie R. R. Co.*, 170 App. Div. 933, affirmed.
(Argued January 30, 1918; decided February 15, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 14, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. Plaintiff received the injuries complained of while operating a capstan in defendant's yard. He alleged that when the accident occurred he was taken from his regular employment — loading scrap and debris on a car — by defendant's chief engineer and superin-

tendent in charge of the work and of plaintiff, and ordered by him to operate a cable and capstan for the purpose of moving the car along on the track; that he was given no instructions as to, and had had no practice or training whatever in this operation and had never operated this or any other capstan.

*John W. Ryan* for appellant.

*Hamilton Ward* and *Irving W. Cole* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.